IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

UNITED STATES OF AMERICA

v.

ZACHARY W. PATTERSON

Case No. 2:19mj476
Court Date: October 22, 2019

CRIMINAL INFORMATION

(Misdemeanor)- Violation Notice No. 6454727

THE UNITED STATES ATTORNEY CHARGES:

That on or about August 12, 2019, at the Scott Center Annex Navy Exchange at Norfolk Naval Shipyard, Portsmouth, Virginia, in the Eastern District of Virginia, the defendant, ZACHARY W. PATTERSON, did willfully and knowingly steal and purloin property of the United States of a value less than $1,000.00.

(In violation of Title 18, United States Code, Section 641.)

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: _____
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov

CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

_____
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax: (757) 441-3205
James.Cole@usdoj.gov

20 August 2019
Date

2